UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 15-13537-RGS

RICHARD FLAMMIA

v.

CAROLYN W. COLVIN,
ACTING COMMISSIONER OF SOCIAL SECURITY

ORDER ON REPORT AND RECOMMENDATION
OF THE MAGISTRATE JUDGE

August 24, 2016

STEARNS, D.J.

Having reviewed the Report and Recommendation, as well as plaintiff's objections, I agree with Magistrate Judge Cabell's analysis of the record, and more particularly his finding of no error in the Commissioner of Social Security's determination that plaintiff Richard Flammia is not disabled within the meaning of the Social Security Act.  Like the Magistrate Judge, I do not believe that the Administrative Law Judge (ALJ) substituted his own medical opinions for those of the treating physicians.  He rather weighed two conflicting sources of opinion against the objective medical evidence and concluded that the opinions of the agency physicians deserved greater weight.  This judgment was well within his competence, and as the

Magistrate Judge found, well supported by the record.  *See Arroyo v. Sec'y of Health and Human Servs.*, 932 F.2d 82, 89 (1st Cir. 1991).  I also agree with the Magistrate Judge that the ALJ properly weighed the evidence as a whole in discounting plaintiff's credibility, a judgment that, when properly exercised, deserves deference.  *See Ortiz v. Sec'y of Health and Human Servs.*, 955 F.2d 765, 769 (1st Cir. 1991).   Because plaintiff is ineligible for the payment of Title II disability benefits, the Recommendation is <u>ADOPTED</u> and the appeal is <u>DISMISSED</u> with prejudice.  The Clerk will enter judgment for the Commissioner and close the case.

SO ORDERED.

/s/ Richard G. Stearns

_____

UNITED STATES DISTRICT JUDGE